**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CGH OF MCGEHEE AR 2011, LP**                                                   **PLAINTIFF**

**v.**                       **CASE NO. 5:17-CV-00025 BSM**

**DEVERE CONSTRUCTION COMPANY, INC., et al.**                 **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE